**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SAVINGS FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND; AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS RETIREMENT SAVINGS FUND, | ) | No. 26-cv-1386 |
| Plaintiffs, | ) | Judge Manish S. Shah |
| v. | ) | |
| GENESIS PAINTING & DECORATING, CO., an Illinois corporation, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR JUDGMENT IN SUM CERTAIN**

Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al., by their attorneys, Paul M. Egan, James R. Anderson, Grant R. Piechocinski, Anita Saliu and ARNOLD AND KADJAN LLP, hereby present their Motion for Judgment in Sum Certain. In support thereof, Plaintiffs state as follows:

1. This is an action to recover fringe benefit fund contributions and other amounts due and owing based upon breaches of collective bargaining agreements, Declarations of Trust, and applicable provisions of the Employee Income Security Act of 1974 29 U.S.C. §1001 et seq. ("ERISA").

2. This case was filed on February 6, 2026.

3. Genesis Painting & Decorating, Co., ("Genesis") and was served on March 9, 2026. (Docket Entry 9).

4. Defendant was held to be in default on April 15, 2026. (Docket Entry 12).

5. A fringe benefit compliance audit was completed for the period of October 1, 2025 through June 30, 2026. (Ex. A- Wolf Affidavit).

6. The audit revealed a total of **$66,770.40** is owed. (Ex. A).

7. This amount breaks down as follows: $54,523.50 in contributions; $8,178.53 in liquidated damages on those contributions; $1,926.08 in prior liquidated damages on monthly reports that were untimely paid; $801.69 in discrepancies on underpaid reports; and $1,340.60 in audit costs. (Ex A).

8. Plaintiffs have incurred $3,425.00 in fees and costs in this litigation. (Ex. B Piechocinski Declaration).

9. Therefore, Defendant owes $70,195.40 including attorneys' fees and costs.

**WHEREFORE**, the Plaintiffs request that this Court enter judgment in favor of the Plaintiffs and against Defendant in the amount of $70,195.40, or grant such other or further relief that this Court deems appropriate under the circumstances.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.,**

By: /s/ Anita Saliu
One of their Attorneys

ARNOLD AND KADJAN LLP
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415